JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM BOSTICK, BRANDEN JAMISON, and BRYAN SILAS, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 5:19-cv-02451-VAP-SP<br><br>Hon. Virginia A. Phillips<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]**<br><br>Complaint Filed: December 19, 2019<br><br>Trial Date: Not Set |

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT** this action is hereby dismissed in its entirety and with prejudice as to Plaintiffs' individual claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED: September 8, 2020

By: /s/ Virginia A. Phillips
Honorable Virginia A. Phillips
United States District Judge